Shawn Ridgell (State Bar No. 201179)
CHARLES SCHWARTZ, P.C.
2128 Broadway
Oakland, CA 94612
(510) 986-1300

Attorneys for Plaintiff TIMBUKTU EDUCATIONAL FOUNDATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| TIMBUKTU EDUCATIONAL FOUNDATION, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **ACTION NO: C063025-JSW**  **PLAINTIFF'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** AND ORDER THEREON |
|---|---|---|
| Plaintiff, | | |
| v. | | |
| ALKARAWEEN ISLAMIC BOOKSTORE, DOES 1 TO 50, | | |
| Defendants. | | |

Plaintiff TIMBUKTU EDUCATIONAL FOUNDATION requests that the Case Management Conference scheduled for December 1, 2006 be continued. The purpose of this request is to allow Plaintiff time to file a motion for default judgment.

Dated: November 22, 2006                    CHARLES SCHWARTZ, P.C.

By_____
Shawn Ridgell
Attorney for Plaintiff
TIMBUKTU EDUCATIONAL
FOUNDATION

Dated: November 22, 2006

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Jeffrey S. White, Judge Jeffrey S. White]

The Case Management Conference is
HEREBY RESET to February 16, 2007 at
1:30 p.m.