United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIMBUKTU EDUCATIONAL,

          Plaintiff,

   v.

ALKARAWEEN ISLAMIC BOOKSTORE,

          Defendant.

_____/

No. C 06-03025 JSW

**ORDER REFERRING MOTION
TO MAGISTRATE JUDGE**

     Pursuant to Local Rule 72-1, the motion for default judgment filed by Plaintiff Timbuktu Educational against Defendant Alkaraween Islamic Bookstore, in the above captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation.

     **IT IS SO ORDERED.**

Dated:  December 12, 2006

                                     _____
                                     JEFFREY S. WHITE
                                     UNITED STATES DISTRICT JUDGE

cc: Wings Hom