IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIMBUKTU EDUCATIONAL,

    Plaintiff,

v.

ALKARAWEEN ISLAMIC BOOKSTORE,

    Defendant.
_____/

No. C 06-03025 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR DEFAULT JUDGMENT**

On May 7, 2007, Magistrate Judge Edward M. Chen issued a report and recommendation regarding Plaintiff's motion for default judgment against Alkaraween Islamic Bookstore. No party has filed objections to the Report and Recommendation within the required time period.

Having considered the Report and Recommendation, the Court finds it correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, Plaintiff's motion for default judgment is DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: May 25, 2007

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE