**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIMBUKTU EDUCATIONAL,

    Plaintiff,

  v.

ALKARAWEEN ISLAMIC BOOKSTORE,

    Defendant.

_____/

No. C 06-03025 JSW

**ORDER REQUIRING STATUS REPORT**

    On May 25, 2007, this Court adopted a report and recommendation issued by Magistrate Judge Edward M. Chen and denied without prejudice Plaintiff's motion for default judgment. There has been no further activity in the case since that date.

    Accordingly, Plaintiff is HEREBY ORDERED to file a status report by no later than October 26, 2007 regarding its efforts to prosecute this case. Plaintiff is advised that failure to file a status report by that date shall result in a dismissal of this case without prejudice for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: October 11, 2007

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE