IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIMBUKTU EDUCATIONAL,

    Plaintiff,

v.

ALKARAWEEN ISLAMIC BOOKSTORE,

    Defendant.

                                 /

No. C 06-03025 JSW

**ORDER TO SHOW CAUSE**

On May 25, 2007, this Court adopted a Report and Recommendation denying Plaintiffs' motion for default judgment. Thereafter, the Court issued several orders in this case requiring status reports because of Plaintiffs' apparent lack of diligence in prosecuting this case. (*See* Docket Nos. 35, 38.) On April 16, 2008, Plaintiff filed a motion for entry of default, which was granted on April 25, 2008. (*See* Docket Nos. 40, 43.) There has been no further action by Plaintiff since default was entered.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. Plaintiff's response shall be due on November 12, 2008. If Plaintiff files a motion for default judgment on or before that date, the Order to Show Cause shall be discharged without further action. If Plaintiff is unable to file a motion for default judgment by November 12, 2008, Plaintiff shall be prepared to explain in its response to the Order to Show Cause the efforts it has taken to prosecute this case, including the delay in filing a motion for default judgment.

1   It is FURTHER ORDERED that Plaintiff shall serve a copy of this Order on Defendant.

2   **IT IS SO ORDERED.**

4   Dated: November 6, 2008

                                                 JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California