IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIMBUKTU EDUCATIONAL,

    Plaintiff,

v.

ALKARAWEEN ISLAMIC BOOKSTORE,

    Defendant.

                                           /

No. C 06-03025 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

    The Order to Show Cause issued on November 6, 2008, is HEREBY DISCHARGED, Plaintiff having filed a motion for default judgment.

    **IT IS SO ORDERED.**

Dated: November 13, 2008

                                               JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California